JONATHAN W. CARLSON, ESQ.
Nevada Bar No. 10536
*jonathan.carlson@mccormickbarstow.com*
CHERYL A. GRAMES, ESQ.
Nevada Bar No. 12752
*cheryl.grames@mccormickbarstow.com*
SEAN E. CORTNEY, ESQ.
Nevada Bar No. 16218
*sean.cortney@mccormickbarstow.com*
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
7160 Rafael Rivera Way, Suite 320
Las Vegas, NV 89113
Telephone: (702) 949-1100
Facsimile: (702) 949-1101
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KARY GOBBATO, an individual,

Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA; DOES I through X; and ABC CORPORATIONS A-Z; inclusive,

Defendants.

CASE NO. 2:25-cv-2239-JAD-EJY

**STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINE DATES (Second Request)**

Plaintiff KARY GOBBATO, by and through her attorneys of record of the law firm LEVERTY & ASSOCIATES LAW CHTD., and Defendant SAFECO INSURANCE COMPANY, by and through its attorneys of record of the law firm McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP, hereby file this Stipulation and Order to Continue Discovery Deadline Dates (Second Request), specifically seeking to extend the discovery deadline and dates related thereto by ninety (90) days.

IT IS HEREBY STIPULATED AND AGREED between the parties to extend the discovery deadline of January 4, 2027, and dates related thereto by ninety (90) days. In accordance with LR IA 6-1 and LR 26-3, the parties state as follows:

**I. DISCOVERY COMPLETED BY THE PARTIES**

The FRCP 26(f) conference between the parties in this matter was held on December 9, 2025. Plaintiff served her initial disclosure on December 19, 2025. Defendant served its initial disclosure on January 26, 2026. Further, Defendant has served Plaintiff with interrogatories, requests for admissions, and requests for production of documents, and Plaintiff has served Defendant with requests for production of documents.

**II. DISCOVERY WHICH REMAINS TO BE COMPLETED**

The parties seek additional time to continue with written discovery; depositions of pertinent witnesses, including, but not limited to, the depositions of Plaintiff, Defendant's Rule 30(b)(6) witness(es), and adjusters Cole Potter, George Romano, Christopher Pratt, Scott Zinkraf, and Kayla Kelly; exchange of expert disclosures; depositions of the parties' experts; and any other discovery as allowed by the Rules.

**III. REASON WHY DISCOVERY WAS NOT SATISFIED OR COMPLETED WITHIN THE TIME LIMIT SET BY THE DISCOVERY PLAN**

The parties have been working diligently throughout the discovery process, including the participation in mediation on March 10, 2026. Because the mediation was not successful, the parties have continued with the discovery items as outlined in Section II above but still additional time to do so due to the number of depositions and complexity of issues at bar. Additionally, Plaintiff recently filed a Motion to Compel [017] Defendant to produce documents requested in Plaintiff's First Set of Requests for Production of Documents, and time is needed to resolve this dispute as well.

**IV. GOOD CAUSE EXISTS TO GRANT THE REQUESTED EXTENSION**

The instant stipulation is submitted within the timeframe outlined by LR IA 6-1 and LR 26-3.

**V. THE CURRENT SCHEDULE FOR COMPLETION OF ALL REMAINING DISCOVERY**

The parties request that the pertinent discovery deadlines set forth in the Court's Scheduling Order be set as follows:

A. ESTIMATE OF TIME REQUIRED FOR DISCOVERY: Pursuant to LR 26-1(b)(1), and with the Court's approval, discovery shall be completed on or before **April 5, 2027**.

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
7160 Rafael Rivera Way, Suite 320
Las Vegas, NV 89113

B. EXPERT DISCLOSURES: Unless otherwise stated herein, and the Court so orders, the date for the parties to exchange initial expert witness disclosures claim shall be sixty (60) days prior to the discovery cut-off date, but not later than **February 4, 2027**, and rebuttal expert disclosures shall be thirty (30) days prior to the discovery cut-off date, but not later than **March 8, 2027.**

C. DISPOSITIVE MOTIONS: Unless otherwise stated herein, and the Court so orders, the date for filing dispositive motions shall be thirty (30) days after the discovery cut-off date, but not later than **May 5, 2027**.

D. PRETRIAL ORDER: Unless otherwise stated herein, and the Court so orders, the joint pretrial order shall be filed thirty (30) days after the date set for filing dispositive motions, but not later than **June 4, 2027**, if no dispositive motions are filed. If the parties do file dispositive motions, this date shall be set for thirty (30) days after the Court issues its order(s) as to those dispositive motions.

DATED this 3rd day of September, 2026

LEVERTY & ASSOCIATES LAW CHTD.

By *\/s/ Patrick R. Leverty*
PATRICK R. LEVERTY, ESQ.
Nevada Bar No. 8840
Attorneys for Plaintiff

DATED this 3rd day of September, 2026

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By */s/ Jonathan W. Carlson*
JONATHAN W. CARLSON, ESQ.
Nevada Bar No. 10536
CHERYL A. GRAMES, ESQ.
Nevada Bar No. 12752
SEAN E. CORTNEY, ESQ.
Nevada Bar No. 16218
Attorneys for Defendant

**IT IS SO ORDERED.**

DATED this 4th day of September, 2026.

UNITED STATES MAGISTRATE JUDGE