McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
*jonathan.carlson@mccormickbarstow.com*
Cheryl A. Grames
Nevada Bar No. 12752
*cheryl.grames@mccormickbarstow.com*
Sean E. Cortney
Nevada Bar No. 16218
*sean.cortney@mccormickbarstow.com*
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone: (702) 949-1100
Facsimile: (702) 949-1101

Attorneys for Defendant Safeco Insurance
Company of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KARY GOBBATO,<br><br>Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA; DOES I through X; and ABC CORPORATIONS A-Z; inclusive,<br><br>Defendants. | Case No. 2:25-cv-02239-JAD-EJY<br><br>**STIPULATION AND ORDER TO STAY CASE**<br><br>**[FIRST REQUEST]**<br><br>ECF No. 27 |

It is hereby stipulated by and between the parties through their respective counsel that Plaintiff's counsel, Patrick Leverty, Esq. of Leverty and Associates, will be withdrawing from this action. Plaintiff is currently seeking substitute counsel. The parties agree that a stay of discovery and this entire litigation is appropriate for sixty (60) days, which should give Plaintiff sufficient time to secure new counsel of record and for new counsel to become familiar with the record and issues at bar in this matter. Additionally, the parties agree to submit an Amended Discovery Plan and Scheduling Order within thirty (30) days of a filed Substitution of Counsel or thirty (30) days of Plaintiff advising the Court she is proceeding in proper person.

The parties therefore request the Court stay the instant action for sixty (60) days. Should

Plaintiff's new counsel of record fail to file a Substitution of Counsel within 60 days of the date of the submittal of this stipulation, the parties will submit a joint status report regarding the status of plaintiff obtaining new counsel.

DATED this 10th day of November, 2026

LEVERTY & ASSOCIATES LAW CHTD.

By *<u>/s/Patrick R. Leverty</u>*
Patrick R. Leverty, Esq.
Nevada Bar No. 8840
Attorneys for Plaintiff

DATED this 10th day of November, 2026

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By *<u>/s/Jonathan W. Carlson</u>*
Jonathan W. Carlson, Esq.
Nevada Bar No. 10536
Cheryl A. Grames, Esq.
Nevada Bar No. 12752
Sean E. Cortney, Esq.
Nevada Bar No. 16218
Attorneys for Defendant

**IT IS SO ORDERED. This case is stayed through 1/10/27.**

DATED this 13th day of November, 2026

______________________________
UNITED STATES DISTRICT COURT JUDGE